UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER JAMES SIGNORELLO,
    Plaintiff,

v.                                                  Case No: 6:19-cv-1470-Orl-18PDB

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Christopher James Signorello's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his applications for disability insurance benefits and supplemental security income. On July 31, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 31). After review of the Report and Recommendation (Doc. 31) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 31) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** under sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) for the Commissioner of Social Security and against Christopher James Signorello, and to subsequently **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida, this ____ day of August, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record